IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DYRON VEIGA-DOMINGUEZ,<br>    Petitioner, | §<br>§<br>§ | |
| V. | § | No. 3:26-CV-0081-B-BW |
| | § | |
| KRISTI NOEM, et al.,<br>    Respondents. | §<br>§<br>§ | |

**ORDER REQUIRING SERVICE AND SETTING BRIEFING SCHEDULE**

Petitioner Dyron Veiga-Dominguez, currently held in the custody of U.S. Immigration and Customs Enforcement ("ICE"), at the Prairieland Detention Center, located in this district, filed a Petition for a Writ of Habeas Corpus (Dkt. No. 1 ("Pet.")). Senior United States District Judge Jane J. Boyle referred this action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference. (Dkt. No. 3.)

As alleged in the petition, Veiga-Dominguez is a citizen of Cuba who entered the United States more than five years ago and has a valid employment authorization and pending asylum application. (Pet. at 5-6.) On November 20, 2025, Veiga-Dominguez was taken into custody at a check-in appointment before ICE and served with a Notice to Appear ("NTA") formally charging him as removable under 8 U.S.C. § 1182(a)(6)(A)(i), based on being present in the country after entering without inspection. (*See id.*) After being processed and issued the NTA in June 2023, ICE released him on his own recognizance, with a removal hearing scheduled for November 17, 2027. (*Id.*) Veiga-Dominguez requests, among

other relief, that the Court grant his petition and require ICE to promptly provide him with a bond hearing.  (*See* Pet. at 18-19.)

The Court requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

Respondents must file, by **February 4, 2026**, an answer, motion, or other response to the petition.  Veiga-Dominguez may submit a reply to the response within **14 days** from the date the government files its response.  Any reply is limited to the arguments raised in the response and shall not include any new allegations of fact or new grounds for relief.

**SO ORDERED** on January 14, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE